UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Yusong Gong,

    Plaintiff,

v.                                         Civil Action No. 16-14516

The University of Michigan, *et al.*,     Sean F. Cox
                                                  United States District Court Judge

    Defendants.
_____/

# ORDER
## STRIKING UNAUTHORIZED COMPLAINT(S)

Acting *pro se*, Plaintiff Yusong Gong ("Gong") filed this action against Defendant University of Michigan and three of its employees on December 28, 2016. The Scheduling Order in this matter provides that discovery closes on July 20, 2018, and that dispositive motions must be filed by August 20, 2018.

In an Opinion & Order issued on July 17, 2018, this Court denied a motion filed by Gong seeking to file an amended complaint in order to add a First Amendment retaliation claim against the University. In that Opinion & Order, this Court explained that Local Rule 15.1 of the Local Rules for the Eastern District of Michigan provide that a "party who moves to amend a pleading shall attach the proposed amended pleading to the motion." The Court also noted that at this late stage of the litigation, an amended complaint can only be filed with the consent of the Defendant (which does not exist here) or leave of Court.

Although Gong had not complied with the local rule requiring her to attach her proposed pleading, the Court nevertheless addressed the merits of the motion and denied leave to appeal

1

because the claim that Gong sought to add was futile.

On July 13, 2018, Gong purported to file an Amended Complaint – without having obtained leave to do so. Gong has also filed a Notice (D.E. No. 62) that appears to indicate that Gong intends on filing additional amended complaints in this action, without having been granted leave to do so.

As this Court has previously advised Gong, the "lenient treatment generally accorded to *pro se* litigants has limits" and even *pro se* litigants must comply with readily-understood procedural requirements. *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996). At this late stage of the litigation, Gong may not file an amended complaint without leave of Court to do so, and she has not been granted such leave.

Accordingly, the Court **ORDERS** that the purported amended complaint filed by Gong as Docket Entry No. 61 is hereby **STRICKEN** from the record and advises Gong that any additional purported amended complaints filed without leave of Court shall also be stricken.

**IT IS SO ORDERED**.

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: July 17, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 17, 2018, by electronic and/or ordinary mail.

s/Jennifer McCoy  
Case Manager